IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JERRY D. ROSS, SR. and<br>BERTIE M. ROSS,<br><br>          Plaintiffs,<br><br>VS.<br><br>PFIZER, INC., *et al.*,<br><br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. H-06-3505<br>§<br>§<br>§<br>§ |

**ORDER STAYING ALL PROCEEDINGS
AND ADMINISTRATIVELY CLOSING CASE**

Defendants Pfizer, Inc., Pharmacia Corporation and G.D. Searl LLC, have submitted an Unopposed Motion for a Stay of Proceedings Pending Transfer to *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699. The motion is granted.

All proceedings and deadlines in this case are stayed pending the transfer of this cause to the Northern District fo California for consolidated and coordinated pretrial proceedings a part of *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699. This suit is administratively closed. It may be reinstated on the active docket on motion filed within ten days after an order denying transfer or returning the case to this court from the MDL.

SIGNED on November 20, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge